[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| This Document Relates to: *A.R.2 v. Uber Technologies, Inc., N.D. Cal. No. 24-cv-07821* | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING PRETRIAL SCHEDULE FOR *A.R.2* TRIAL**<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

WHEREAS, *A.R.2 v. Uber Technologies, Inc.*, No. 24-cv-07821, is one of the Wave 1 bellwether cases in this MDL.

WHEREAS, on October 5, 2026, the Court set the *A.R.2* pretrial conference for December 17, 2026, jury selection for January 7, 2027, and trial for January 11, 2027. ECF 7659.

WHEREAS, in their October 14, 2026 Joint Case Management Statement, the parties submitted competing proposed pretrial schedules for the *A.R.2* trial. ECF 7810 at 2–8.

WHEREAS, at the October 16, 2026 Case Management Conference, the Court adopted Plaintiff's proposed schedule. ECF 7854.

WHEREAS, the parties submit this stipulation to memorialize the schedule the Court adopted, together with the agreed limitations on further expert depositions set forth in footnote 2 below.

THEREFORE, the parties stipulate and respectfully request that the Court enter the following schedule for the *A.R.2* trial:

| **EVENT** | **DATE** |
|---|---|
| Additional Expert Reports[1] | October 26, 2026 |
| Close of Expert Discovery[2] | November 9, 2026 |
| Motions for Summary Judgment | November 13, 2026 |
| *Daubert* Motions | November 13, 2026 |
| Motions in Limine / 412 Motions | November 20, 2026 |
| Oppositions to Motions for Summary Judgment | December 8, 2026 |
| Oppositions to *Daubert* Motions | December 8, 2026 |
| Oppositions to Motions in Limine / 412 Motions | December 8, 2026 |
| Joint Proposed Pretrial Order | December 10, 2026 |
| Jury Questionnaire / Voir Dire Questions | December 10, 2026 |
| Pretrial Conference | December 17, 2026 at 9:00 a.m. |
| Witness Lists / Exhibit Lists | December 18, 2026 |
| Jury Instructions / Verdict Forms | December 30, 2026 |
| Trial Briefs (if any) | January 5, 2027 |

[1] Expert reports for all Wave 1 cases, including *A.R.2*, were served on September 26, 2025 and October 24, 2025.

[2] If an expert serves a supplemental or amended report, including by serving a supplemental MCL, any further deposition shall be limited to three hours and solely to matters addressed in the supplemental or amended report. To the extent any expert serves a supplemental MCL only, the parties will meet and confer to ascertain the necessity of a further deposition.

| EVENT | DATE |
|---|---|
| Branded Exhibits | January 6, 2027 |
| Jury Selection | January 7, 2027 at 9:15 a.m. |
| Trial | January 11, 2027 at 9:15 a.m. |

**IT IS SO STIPULATED.**

DATED: October 20, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: October 20, 2026

By: */s/ Sarah R. London*

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: October 20, 2026

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the pretrial schedule set forth above is ADOPTED and shall govern the *A.R.2* trial.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Honorable Charles R. Breyer
United States District Judge